■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE LAMBERTO, Appellant.—Appeal by the defendant from a

judgment of the County Court, Nassau County (Santagata, J.), rendered February 19, 1988, convicting him of criminal sale of a controlled substance in the first degree, criminal possession of a controlled substance in the first degree, and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We reject the defendant's contention that the mandatory sentence for a class A-I felony of a minimum term of 15 to 25 years and a maximum term of life (Penal Law § 70.00) is unconstitutional *(see, People v Donovan,* 59 NY2d 834; *People v Jones,* 39 NY2d 694; *People v Broadie,* 37 NY2d 100, *cert denied* 423 US 950; *People v Buckmaster,* 139 AD2d 659; *People v Rodriguez,* 137 AD2d 635; *People v Serviss,* 137 AD2d 637). Further, this is not one of those "rare case[s]" in which the sentence imposed is unconstitutionally harsh as applied *(People v Broadie, supra,* at 119; *see, People v Donovan, supra; People v Serviss, supra).* Rubin, J. P., Sullivan, Harwood and Balletta, JJ., concur.